SUZANNE L. DECKER, Trustee
1271 Washington Ave. #318
San Leandro, Ca. 94577
Telephone: (510) 483-4334

FILED
DEC 3 0 2009
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re:

AUDIOHIGHWAY.COM
           Debtor(s)

Case No. 01-50102 MM

Chapter 7

NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT: Pursuant to Federal Rule 3011, the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $44,170.75. The name and address of the claimant entitled to the unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 70 | The Publishing Mills Inc., 201 N. Robertson Blvd. #D, Beverly Hills, CA. 90211 | $233,943.09 | $19,709.91 |
| 4 | siteRock, 2000 Powell St., #1450, Emeryville, Ca. 94608 | $46,000.00 | $3,574.39 |
| 84 | Butler Service Group, 9 Wharf Street, Lake St. Louis, Mo. 63367 | $244,794.24 | $19,021.55 |
| 38 | Tech Trade Capital, 185 Asylum St., Hartford, Ct. 06103 | $24,000.00 | $1,864.90 |

Dated: 12/29/09            Total     $44,170.75

/s/ Suzanne L. Decker, Trustee