SUZANNE L. DECKER, Trustee
1271 Washington Ave. #318
San Leandro, Ca. 94577
Telephone: (510) 483-4334

FILED
JAN 20 2010
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| In re:<br><br>AUDIOHIGHWAY.COM<br>　　　　　　　　Debtor(s) | Case No. 01-50102 MM<br><br>Chapter 7<br><br>NOTICE OF UNCLAIMED DIVIDENDS |
|---|---|

TO THE CLERK, UNITED STATES BANKRUPTCY COURT: Pursuant to Federal Rule 3011, the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $126,534.72. The name and address of the claimant entitled to the unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 39 | Gaines Berland, Inc., 185 Asylum St., Hartford, Ct. 06103 | 1,525,688.55 | $118,552.46 |
| 63 | eTracks.Com, 516 El Camino Real, Belmont, Ca. 94002 | 102,726.26 | $7,982.26 |

Dated: 1/19/10

Total　　　　$126,534.72

/s/ Suzanne L. Decker, Trustee