SUZANNE L. DECKER, Trustee
1271 Washington Ave. #318
San Leandro, Ca. 94577
Telephone: (510) 483-4334



FILED

JAN 2 7 2010

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>AUDIOHIGHWAY.COM<br>              Debtor(s) | Case No. 01-50102 MM<br><br>Chapter 7<br><br>NOTICE OF UNCLAIMED<br>DIVIDENDS |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:    Pursuant to Federal Rule 3011,

the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the

amount of $9466.67.  The name and address of the claimant entitled to the unclaimed dividends are

as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 31 | Be Here Corporation, 1100 Glendon Ave., Los Angeles, Ca. 90024 and 393 Civic Center Dr., Fremont, Ca. 94538 | $119,662.10 | $9,298.25 |
| 58 | Zones, Inc., 707 S. Grady Way, Renton, Wa. 98055 | $1260.84 | $97.97 |
| 51 | Julia Heckman, Invesera Ping Capital, 374 Millburn Ave., Millburn, N. J. 07041 | $906.63 | $70.45 |

Dated:  1/25/10

Total                       $9466.67

/s/ Suzanne L. Decker, Trustee