SUZANNE L. DECKER, Trustee
1271 Washington Ave. #318
San Leandro, Ca. 94577
Telephone: (510) 483-4334



# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re:

AUDIOHIGHWAY.COM
                Debtor(s)

Case No. 01-50102 MM

Chapter 7

NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT: Pursuant to Federal Rule 3011, the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $12,952.03. The name and address of the claimant entitled to the unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 16 | Future Tech Consultants, 3300 Holcomb Bridge Rd., #224, Norcross, Ga. 30092 | $37,800.00 | $2,937.22 |
| 20 | HotJob.com, 406 W. 31st, 9th floor, NY, NY 10001 | $3,600.00 | $279.74 |
| 33 | iBeam Broadcasting Corp., 645 Almanor Ave. #100, Sunnyvale, Ca. 94085 | $30,000.00 | $2,331.13 |
| 82 | Deutsche Financial, 950 Winter St., Waltham, Ma. 02451 | $95,283.57 | $7,403.94 |

Dated: 2/4/10                      Total          $12,952.03

/s/ Suzanne L. Decker, Trustee