The following constitutes
the order of the court. Signed May 27, 2010

_____
Charles Novack
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:                                    )
                                          )   Case No. 01-50102 MM
AUDIOHIGHWAY.COM,                         )
                                          )   Chapter No. 7
                                          )
                                          )
Debtor                                    )   **ORDER TO PAY UNCLAIMED FUNDS**
                                          )

It appearing that the check(s) made payable to

Gaines Berland, Inc.                                                in the total amount

of $118,552.46         was not cashed within the 90 day limit and an unclaimed money report was

entered on 01/20/2010          to close the account and transfer the monies to the Clerk, U. S.

Bankruptcy Court, for deposit with the U.S. Treasury or the designated local depository, and

It further appearing that Ladenburg Cap Mgt (f/n/a Gaines Berland) is now claiming the above

monies in the application attached hereto.

IT IS ORDERED that the Clerk of the Bankruptcy Court pay said sum of $118,552.46     to the

order of Ladenburg Capital Management Inc.

and mail to Ladenburg Capital Management Inc.
             520 Madison Avenue, 9th Floor
             New York, NY 10022
                          **End of Order**
                          **No Service List Requested**