

The following constitutes
the order of the court. Signed June 08, 2010

_____
Charles Novack
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| IN RE: | ) | Case No. <u>01-50102</u> |
|---|---|---|
| | ) | CHAPTER   7 |
| Audio Highway.com | ) | |
| | ) | |
| | ) | **ORDER TO PAY UNCLAIMED FUNDS** |
| Debtor(s) | ) | |
| | ) | |

It appearing that the check(s) made payable to Future Tech Consultants in the total amount of $2,937.22 was not cashed within the 90 day limit and an unclaimed money report was entered on 2.8.10 to close the account and transfer the monies to the Clerk, U. S. Bankruptcy Court, for deposit with the U.S. Treasury or the designated local depository, and

It further appearing that FutureTech Consultants, LLC c/o Sierra Funds Recovery, Inc. is now claiming the above monies in the application attached hereto.

IT IS ORDERED that the Clerk of the Bankruptcy Court pay said sum of <u>$2,937.22</u> to:

FutureTech Consultants, LLC
c/o Sierra Funds Recovery, Inc.
10123 Main Place Suite B
Bothell, WA 98011-3401

\*\*End of Order\*\*
\*\*No Service List Requested\*\*