**The following constitutes
the order of the court. Signed August 30, 2010**

_Charles Novack_

**Charles Novack
U.S. Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| In Re: | ) | |
| | ) | Case No.  01-50102 MM |
| Audiohighway.com | ) | |
| | ) | Chapter 7 |
| | ) | |
| Debtor(s) | ) | **ORDER TO PAY UNCLAIMED FUNDS** |

It appearing that the check(s) made payable to Redfish Technology in the total amount of $2,844.49 was not cashed within the 90 day limit and an unclaimed money report was entered on April 2, 2010 to close the account and transfer the monies to the Clerk, U.S. Bankruptcy Court, for deposit with the U.S. Treasury or the designated local depository, and

It further appearing that Keys Research, Attorney-in-fact for Redfish Technology is now claiming the above monies in the application attached hereto.

IT IS ORDERED that the Clerk of the Bankruptcy Court pay said sum of $2,844.49 to the order of the Redfish Technology, c/o of Keys Research, 23630 SE 440th Street, Enumclaw WA 98022 and (360) 825-7300.

**\*\*End of Order\*\***
**\*\*No Service List Requested\*\***