Form NUCF

# UNITED STATES BANKRUPTCY COURT
*for the*
## Northern District of California

| In re Debtor(s): | Case No.: 01−50102 CN 7 |
|---|---|
| Audio Highway.com | Chapter: 7 |

**Notice of Deficient Application for Unclaimed Dividends**

CLAIMANT: siteROCK                                      CLAIM: 3574.39

Your application for unclaimed funds cannot be processed for the following reason(s).

Affidavit of Service
☐ The Affidavit was not submitted.
☐ The Affidavit was not signed.
☐ The original Affidavit was not submitted.

☐ The search fee was not submitted.

☐ A current photo id was not included with the application.

☐ An original business card was not included with the application.

☐ You did not submit a document that verifies that you resided at or conducted business from the address on the Trustee's Notice of Unclaimed Dividends.

☐ You did not submit a document that verifies your current address.

☐ An authorization to collect funds was not included with the application.

☐ The Power of Attorney has expired.

☑ Other: Why is the former owner claiming funds on behalf of siteROCK? What is the current status of the company siteROCK? Who is the current owner of siteROCK?

The claimant must submit the information/documents listed above, or submit a written request to extend the deadline, by 9/30/10. If the court does not timely receive the new information/documents, the court will deem the application withdrawn and will take no further action on the application. The claimant may submit a new application if they want to begin a new review process. Send information/documents or requests for extension of time to:
U.S. Bankruptcy Court, PO Box 7341, San Francisco, CA 94120−7341. Attention: Toni Taylor

Dated: 8/31/10                                      For the Court:

Gloria L. Franklin
Clerk of Court
United States Bankruptcy Court

By: Toni Taylor
    (415)268−2335
    Toni_Taylor@canb.uscourts.gov

# CERTIFICATE OF NOTICE

```
District/off: 0971-5          User: ttaylor              Page 1 of 1              Date Rcvd: Aug 31, 2010
Case: 01-50102                Form ID: NUCF              Total Noticed: 1
```

The following entities were noticed by first class mail on Sep 02, 2010.
  fdlctr     +Keys Research,   Charlene J. Keys,  23630 Southeast 440th Street,    Enumclaw, WA 98022-8491

The following entities were noticed by electronic transmission.
NONE.   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 02, 2010**            Signature: _/s/ Joseph Speetjens_