UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

    Audio Highway.com

Case No: 01-50102 MM

Debtor(s)

## APPLICATION FOR UNCLAIMED FUNDS

Dilks & Knopik, LLC, attorney-in-fact for NHB Advisors, Inc., Liquidating Trustee of Butler Service Group, Inc., claimant, hereby petitions the Court for $19,021.55, which is the sum of all monies being held in the Registry of the Clerk, United States Bankruptcy Court, as unclaimed funds, which are due to Butler Service Group, creditor.

The creditor did not receive the dividend check in the above case for the following reason:

Butler Service Group, Inc filed for bankruptcy in 2009 and the case has been jointly administered under Butler Services International, Inc case number 09-11914 as evidenced by exhibit A. NHB Advisors, Inc has been appointed Liquidating Trustee of Butler Services International, Inc case number 09-11914 as evidenced by the Creditors Liquation Trust agreement labeled exhibit B.

The Creditor's mailing address at the time the claim was filed with the Court was:

    Butler Service Group
    9 Wharf Street,
    Lake St. Louis, Mo. 63367

The claimant's current mailing address is:

    NHB Advisors, Inc., Liquidating Trustee of Butler Service Group, Inc.
    Edward T. Gavin Liquidating Trustee
    822 Montgomery Ave Suite 204
    Narberth, PA 19072
    302-655-5000
    Last four digits of SS#/Tax ID: 2289

Dated: February 8, 2011

                        Brian J. Dilks
                        Dilks & Knopik, LLC
                        PO Box 2728, Issaquah, WA 98027-0125
                        (425) 836-5728

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Subscribed and Sworn Before Me this __8__ day of __February__, 20 __11__.

SEAL  _____
Caryn M. Dilks, Notary Public
My commission expires: July 29, 2014
Notary in and for the State of Washington

2